of Appeals for the Seventh Circuit is granted. *Messrs. Saul S. Myers* and *Selden Bacon* for petitioners. *Messrs. Wm. E. Leahy, Edmund M. Toland, Wm. J. Hughes, Jr.,* and *A. L. Schapiro* for respondent.

No. 634. DAUBE *v.* UNITED STATES. March 4, 1933. Petition for writ of certiorari to the Court of Claims granted, limited to the question raised by the assessment for the year 1919. *Messrs. John E. Hughes* and *William Cogger* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Charles F. Kincheloe, H. Brian Holland,* and *L. A. Smith* for the United States.

No. 626. FIDELITY & DEPOSIT CO. *v.* ARENZ. March 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Elton Watkins* and *John Lichty* for petitioner. No appearance for respondent.

No. 657. FEDERAL RADIO COMMISSION *v.* NELSON BROTHERS BOND & MORTGAGE CO.;
No. 658. SAME *v.* NORTH SHORE CHURCH;
No. 659. FEDERAL RADIO COMMISSION ET AL. *v.* NELSON BROTHERS BOND & MORTGAGE CO.; and
No. 660. SAME *v.* NORTH SHORE CHURCH. March 13, 1933. Petitions for writs of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Wm. G. Davis,* and *Erwin N. Griswold* for Federal Radio Commission, petitioner. *Mrs. Mabel Walker Willebrandt* for Johnson-Kennedy Radio Corp., intervener-petitioner.